NO. PD-0704-15
_____

# IN THE
# COURT OF CRIMINAL APPEALS
# AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

## ANTHONY DAVID TEAGUE

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 10 2015

Abel Acosta, Clerk

V.

## THE STATE OF TEXAS

From Appeal No. 06-14-00053-CR
Trial Cause No. 366-82919-2013

## FIRST MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Anthony David Teague, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, apellant shows the Court the following:

### I.

The Petitioner was convicted in the 219th District Court of Collin County, Texas of the offense of Stalking in Cause No. 366-82919-2013, styled State of Texas vs. Anthony David Teague. The Petitioner appealed to the Court of Appeals, 6th Supreme Judicial District. The case was affirmed on May 13, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is June 12, 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the court of appeals affirming his case until June 2, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Shawn S. Ismail, has not responded to Petitioner's request to represent him on the Petition for Discretionary Review. Petitioner has also not yet received a response to his multiple requests for the Clerk's Record and Reporter's Record. He does not even have a copy of the court's decision affirming the appeal. Petitioner also has limited access to law library to a few hours a day and limited legal training slowing down his research.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Appeal Cause No. 06-14-00053-CR to August 11, 2015.

Anthony David Teague
Petitioner, pro se
Texas Department of Criminal Justice-
Institutional Division
Dalhart Unit
TDCJ-ID#: 1976916
Dalhart, Texas 79022

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, postage prepaid, first class, to Attorney John R. Rolater, Jr. at 2100 Bloomdale Rd, Ste. 200 and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 3rd day of June, 2015.

X _Anthony David Teague_
Anthony David Teague
Petitioner, pro se

I, Anthony David Teague, TDCJ# 1976916, being presently incarcerated in the Dalhart Unit of the Texas Department of Criminal Justice in Hartley County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 3rd day of June, 2015.

X _Anthony David Teague_
Anthony David Teague, TDCJ# 1976916